IN THE MATTER OF FAIRFIELD GENERAL CORPORA-
TION, JOHN J. MCLAUGHLIN & INTERNATIONAL CON-
TROLS CORPORATION.

November 9, 1976. Petitions for certification granted.

JOHN BROWN v. THE BOARD OF CHOSEN FREEHOLDERS
OF ESSEX COUNTY.

November 9, 1976. Petition for certification denied.

THEODORA LAKE v. MARY NUTT.

November 9, 1976. Petition for certification denied.

LUCILLE THREADCRAFT v.
HOUSING AUTHORITY OF THE CITY OF NEWARK.

November 9, 1976. Petition for certification denied.